UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20574-CIV-HUCK/O'SULLIVAN

PRACTICE MEDX, LLC, d/b/a
BIO-ALLERGENIX, a
Florida Limited Liability Company,

    Plaintiff

v.

NANCY FRAGUS, an individual,
RANDY RINKLEIB, an individual,
and JOHN MICHAEL MOONEY, an
individual, AARON RICHARDET, an
individual, MARKUS THOMPSON, an
individual, and BRIAN SELF, an individual.

    Defendants.       /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Practice Medx, LLC, and Defendants Nancy Fragus, Randy Rinkleib, John Michael Mooney, Aaron Richardet, and Markus Thompson, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having entered into a confidential settlement agreement and having resolved among them the matters that are the subject of this action, hereby jointly move for the entry of a dismissal with prejudice of this action, with each party bearing their own attorneys' fees and costs. The parties ask that all pending motions be denied as moot and that the Court retain jurisdiction for the purpose of enforcing the terms of the parties' settlement.

Dated: October 13, 2009

Respectfully submitted,

| ESPINOSA | TRUEBA PL | NICKLAUS & ASSOCIATES, P.A. |
|---|---|
| 3001 SW 3rd Avenue<br>Miami, Florida 33129<br>Tel:  (305) 854-0900<br>Fax: (305) 285-5555<br><br>By _____ (10/19/09)<br>Jorge Espinosa<br>Florida Bar No. 779032<br>jespinosa@etlaw.com<br>William R. Trueba, Jr.<br>Florida Bar. No. 117544<br>wtrueba@etlaw.com<br>Michael Tschupp<br>Florida Bar No. 34656<br>mtschupp@etlaw.com<br>*Attorneys for Plaintiffs* | Edward R. Nicklaus<br>Florida Bar No. 138399<br>edwardn@nicklauslaw.com<br>4651 Ponce de Leon Boulevard<br>Suite 200<br>Coral Gables, Florida 33146<br>Tel: (305)460-9888<br>Fax: (305)460-9898<br><br>O'BANION & RITCHEY LLP<br>Steven L. Smith (*Admitted pro hac vice*)<br>sls@intellectual.com<br>Wells Fargo Center<br>4000 Capitol Mall, Suite 1550<br>Sacramento, CA 95814<br>Tel: 916-498-1010<br>Fax: 916-498-1074<br><br>By: _____<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically filed Notices of Electronic Filing.

By: _____

Michael E. Tschupp

## SERVICE LIST
*PRACTICE MEDX, LLC, d/b/a BIO-ALLERGENIX v. NANCY FRAGUS, RANDY RINKLEIB, JOHN MICHAEL MOONEY, AARON RICHARDET, MARKUS THOMPSON, and BRIAN SELF*
Case No. 09-20574-CIV-HUCK/O'SULLIVAN

Steven L. Smith, Esq.
sls@intellectual.com
O'Banion & Ritchey LLP
Wells Fargo Center
400 Capitol Mall, Suite 1550
Sacramento, CA 95814
Tel: 916-498-1010
Fax: 916-498-1074
*Counsel for Defendants Nancy Fragus, Randy Rinkleib, John Michael Mooney, Aaron Richardet, and Markus Thompson*
**Via CM/ECF**

Edward Randall Nicklaus
edwardn@nicklauslaw.com
Nicklaus & Hyatt
4651 Ponce De Leon Boulevard
Suite 200
Coral Gables, FL 33146
305-460-9888
460-9889 (fax)
*Counsel for Defendants Nancy Fragus, Randy Rinkleib, John Michael Mooney, Aaron Richardet, and Markus Thompson*
**Via CM/ECF**